```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE DE LA ROSA-SILVA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-292 JAM |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME |
|  | ) |
| JOSE DE LA ROSA-SILVA, | ) Date:   September 8, 2009 |
|  | ) Time:   9:30 a.m. |
| Defendant. | ) Judge:  Hon. John A. Mendez |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JOSE DE LA ROSA-SILVA, that the above matter be dropped from this court's calendar for September 8, 2009, at the request of the defense  and be continued until September 15, 2009 at 9:30 a.m., for status conference. This continuance is requested in order to permit further consultation and due to the temporary unavailability of defense counsel's interpreter

**IT IS FURTHER STIPULATED** that the time from September 8, 2009, through September 15, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §

3161(h)(8)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED.**

Date: September 1, 2009			Lawrence G. Brown
						United States Attorney

						/S/ Michael D. Anderson
						By:   MICHAEL D. ANDERSON
						Assistant United States Attorney
						Counsel for Plaintiff

Date: September 1, 2009			/S/ Jeffrey L. Staniels
						JEFFREY L. STANIELS
						Assistant Federal Defender
						Attorney for Defendant
						JOSE DE LA ROSA-SILVA

# O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for September 8, 2009, and is ordered to be re-calendared for September 15, 2009, at 9:30 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from September 8, 2009, through September 15, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

						By the Court,

Date: September 1, 2009			/s/ John A. Mendez
						Hon. John A. Mendez
						United States District Judge

Stip & Order Continuing Case
and Excluding Time			2